### NEWBERRY v. TENANT.

CANDLER, J.   1. A statement in a bill of exceptions, that "plaintiff excepts to said verdict and judgment as being contrary to law," is not a valid assignment of error and will not be considered by this court.   *Rodgers* v. *Black*, 99 *Ga*. 142.

2. A direct bill of exceptions to a ruling made pendente lite, which does not assign error upon any final judgment, will not be entertained by this court. *Kibben* v. *Coastwise Dredging Co*., 120 *Ga*. 899.

3. Accordingly, where the only attempt to assign error upon a final judgment was ineffective for the reason stated in the first headnote above, and every other assignment of error was in the form of a direct exception to a ruling made pendente lite, the writ of error must be dismissed.

Writ of error dismissed.   All the Justices concur.

Argued December 12, — Decided December 21, 1904.   Rehearing denied January 26, 1905.

Motion to dismiss the writ of error.

*W. C. Worrill* and *R. H. Sheffield*, for plaintiff.
*A. G. Powell*, for defendant.